OLSON, Administratrix, Plaintiff and Respondent, vs. RAHR-GREEN BAY BREWING CORPORATION, Defendant and Respondent: AMERICAN MOTORISTS INSURANCE COMPANY, Appellant.

For the appellant: *North, Bie, Duquaine, Welsh & Trowbridge* of Green Bay.

For the respondent (plaintiff): *M. E. Davis,* attorney, and *Isadore G. Alk* of counsel, both of Green Bay.

For the respondent (defendant): *Clifford & Dilweg* of Green Bay.

*By the Court.*—Judgment affirmed.

ESTATE OF HAPP: FIRST TRUST COMPANY IN OSHKOSH and another, Appellants, vs. SPOO, Respondent.

For the appellant First Trust Company: *Williams & Williams,* attorneys, and *R. A. Hollister* of counsel, all of Oshkosh.

For the appellant Fred Stanhilber: *Harold M. Wilkie* of Madison.

For the respondent: *Thompsons, Gruenewald & Frye* of Oshkosh.

*By the Court.*—Order and judgment affirmed.

BOEDECKER, Respondent, vs. SCHALCOWITZ, Appellant.

For the appellant: *Alvin L. Zelonky* and *Jacob S. Rothstein,* both of Milwaukee.

For the respondent: *Wengert & Moeller* of Milwaukee.

*By the Court.*—Judgment affirmed.